UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMENEZ ARELLANES JOVANY (A-087-429-891),<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | No. 1:26-cv-8999 CSK<br><br>ORDER |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, a motion for temporary restraining order, and a motion for appointment of counsel.[1] (ECF Nos. 1, 2, 3.) Petitioner did not pay the court's $5.00 filing fee or file a request to proceed in forma pauperis. Petitioner is granted 10 days to either pay the filing fee or file an application to proceed in forma pauperis under 28 U.S.C. § 1915. Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On November 5, 2026, respondents filed a response to the petition. (ECF No. 6.) Petitioner is granted 7 days to file a reply to the response.

[1] The parties consented to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 9.)

This Court will defer ruling on petitioner's request for appointment of counsel until after reviewing respondents' response to the petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner Jimenez Arellanes Jovany (A-087-429-891) is granted 10 days to either pay the court's filing fee or file an application to proceed in forma pauperis.

2. Petitioner's reply/traverse to the response (ECF No. 6) is due 7 days from the date of this order. At that time, petitioner's motion for temporary restraining order and his petition will be submitted for decision.

3. The Clerk of the Court shall send petitioner an application to proceed in forma pauperis.

4. Each party proceeding without counsel shall keep the court informed of their current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: November 20, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/jova8999.consent.100.tro.2241.imm